**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
**in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA**

2026 SEP 24 P 12:32

Sammie Lee Byrd

(Enter above full name of plaintiff or plaintiffs)

4:26-cv-00259

v.

Bryan county Jail Pembroke GA
31321

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ✓ No ____

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit: Same

Plaintiffs: Sammie Lee Byrd

Defendants: Bryan County Jail PemBrocke GA

2. Court (if federal court, name the district; if state court, name the county):

Bryan county Jail PemBrocke GA
Bryan county Sheriff's office 955 9th W. Crapse Drive 31321 #0150008

3. Docket number: 2380

4. Name of judge assigned to case: NONE

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

Never got a notice

6. Approximate date of filing lawsuit: 2026-Sept.13

7. Approximate date of disposition: 2026-Sept.9th

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ✓ No ____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes ✓ No ____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: Sammie Lee Byrd

Defendants: Bryan county Jail Pembroke GA 31321

2. Court (name the district):

31321 Bryan county Jail Pembroke GA

3. Docket number: 2380

4. Name of judge assigned to case: NONE

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

no notice yet

6. Approximate date of filing lawsuit: 2026-Sept.13

7. Approximate date of disposition: 9-9-2026

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ✓ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ✓ No ____

1. If your answer to C is yes, name the court and docket number for each case:

I Dont Recall But I was Locked up Between 2022 and 2025

II. Place of present confinement: Bryan County Jail PemBroke Jail GA 31321

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ✓ No ____

C. If your answer to B is yes:

1. What steps did you take? had to right a Lot of grievances Ive Been on Lock Down for 4 Days with a broken arm and no Doctor

2. What was the result? Still waiting

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ✓ No ___

If yes, what was the result? Nothing

D. If you did not utilize the prison grievance procedure, explain why not: I DiD To my Best

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Sammie Lee Byrd
Address: 688 Strickland Street apt. 31321
Pembroke GA

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Bryan county Jail
Position: Jail
Place of employment: Jail
Current address: Pembroke Jail 31321 GA

C. Additional defendants: NONE

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I had to Defend Myself and Brock My arm been on Lock Down for 3 to 4 Day with out help and having face pain to on count of a life of Death Sergary I still face till this Day you can Look me up on FB and chopple Hill NC is were I had my Sergary on my face the cop Who Lock me up DID CPR on My 6 month old son I have yet to receive an otopc. I suspect the Clerk of court has something to Do with all of this.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Just Justice for god for I Know in the most High

I declare under penalty of perjury that the foregoing is true and correct.

Signed this Saturday day of 2026 Sept 13, 1991-14-9

Prisoner No. /

(Signature of Plaintiff)

Sammie Lee Byrd

OFFICE OF THE SHERIFF
BRYAN COUNTY
GEORGIA

Sheriff Mark D. Crowe
95 Sgt. Robert W. Crapse Dr.
Pembroke, GA 31321

UNITED STATES OF AMERICA
FOREVER/USA

3

United States District Court
P.O. BOX 1636, Brunswick
G.A. 31521.

INSPECTED BY
SEP 24 2026
U.S. Marshals Service/SGA